FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SEC. 1983

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 0 5 2005

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
W EASTERN DISTRICT OF ARKANSAS
El Dorado                    DIVISION

Steven Pinder _____            ADC # 123397

_____

(Enter above the full name of the
Plaintiff, or plaintiffs, in this action.)

v.                                              CASE NO. 4:05CW00688
                                                         GH

Janice Linkous, Clerk
Marsha Bohanna, Deputy Clerk
Columbia County Circuit Court
(Enter above the full name of
defendant or defendants, in this
action.)

This case assigned to District Judge Howard
and to Magistrate Judge Young

I.   Previous Lawsuits

     A.   Have you begun other lawsuits in state or federal court dealing with the
          same facts involved in this action?

          Yes _____    No  X

     B.   If your answer to A is yes, describe each lawsuit in the space below. (If
          there is more than one lawsuit, describe the additional lawsuits on another
          piece of paper, using the same outline.)

          1.   Parties to this lawsuit

               Plaintiffs:  N/A

               Defendants:  N/A

          2.   Court (If federal court, name the district; if state court, name the
               county:  N/A

-1-

3. Docket Number: __N/A__

4. Name of Judge to whom case was assigned: __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): __N/A__

10. Approximate date of filing lawsuit: __N/A__

11. Approximate date of disposition: __N/A__

II. Place of present Confinement: __Cummins, P.O. Box 500, Grady, AR 71644-0500__

III. There is a prisoner grievance procedure in the Arkansas Department of Correction. **Failure to complete the grievance procedure may affect your case in federal court.**

  A. Did you present the facts relating to your complaint in the state prisoner grievance procedure? __N/A__

  Yes _____ No _____

  B. If your answer is YES, Attach copies evidencing completion of **the final step of the grievance appeal** procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**

  C. If your answer is NO, explain why not: __N/A__

VIII. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

  A. Name of Plaintiff (your name) __Steven Pinder__

  Address: __P.O. Box 500, Grady, AR 71644-0500__

  Name of plaintiff: _____

  Address: _____

  Name of plaintiff: _____

  Address: _____

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Defendant: Janice Linkous

Position: Clerk

Place of employment: Columbia County Circuit Court

Address: P.O. Box 327, Magnolia, AR 71754-0327

Defendant: Marsha Bohanna

Position: Deputy Clerk

Place of employment: Columbia County Circuit Court

Address: _____

Defendant: _____

Position: _____

Place of employment: _____

Address: _____

Defendant: _____

Position: _____

Place of employment: _____

Address: _____

Defendant: _____

Position: _____

Place of employment: _____

Address: _____

IX.   Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) Both Defendants have denied me access to the courts specifically the ARK. Sup. Ct. by denying me certified copies of petitions and motions and pleadings as required by law and the court in the furtherance of my legal claims. This denial began on April 18, 2005 and continues even through the filing of this complaint

III.   Relief

State briefly exactly what YOU want the court to do for YOU. Make no legal arguments. Cite no cases or statutes. I request an immediate order and injunction ordering certified copies of legal documents requested, an immediate order precluding Marsha Bohanna from handling any documents regarding my case #CR2002-30, damages in the amount of $25,000.00, Punitive damages in the amount of $75,000.00, jury trial, appointment of counsel, and any other relief this court deems appropriate including all costs of these proceedings.

I declare under penalty of perjury (18 U. S. C. § 1621 that the foregoing is true and correct.

Executed on this __2__ day of __May__, 20_05_

Steven Pinder #133347
P.O. Box 500
Grady, AR 71644-0500

_Steven Pinder_
Signature(s) of plaintiff(s)